IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THOMAS A. FAULKNER,

    Plaintiff,

v.                                    CASE NO.: 4:08cv341-SPM/WCS

MICHAEL CHERTOFF, SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY,

    Defendant.
_____/

**ORDER CONTINUING TRIAL**

Upon consideration, Plaintiff's Unopposed motion to Continue and Reschedule Trial Date (doc. 25) is granted. Trial is reset for 8:30 a.m. on July 20, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 9th day of February, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge